# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOHN CHARLIE PEARSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 05-0056-BH-C |
| ) | |
| LINDEN LUMBER COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 21, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of April, 2006.

                                                s/ W. B. Hand
                                         SENIOR DISTRICT JUDGE