# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JOHN CHARLIE PEARSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 05-0056-BH-C |
| ) | |
| LINDEN LUMBER COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that defendant Linden Lumber Company, Inc.'s motion for attorney's fees and expenses (Doc. 70) be and the same hereby is **DENIED**.

**DONE** this 13th day of April, 2006.

                                                         s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE