**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JOHN CHARLIE PEARSON, et al.,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| vs.   ) | Civil Action No.: 05-0056-BH-C |
| ) | |
| LINDEN LUMBER COMPANY,   ) | |
| INC.,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion (Doc. 61) to Dismiss and in conjunction with the Court's Adoption (Doc. 83) of the Magistrate Judge's Report and Recommendation regarding the issue of attorneys' fees and expenses. On October 4, 2005, Plaintiffs motioned (Doc. 61) the Court for dismissal of their claims, to which Defendant consented so long as the Court retained jurisdiction to rule on their request for attorneys' fees and expenses related to this litigation. The Court considered the parties' pleadings regarding attorneys fees and expenses and adopted (Doc. 83) the Magistrate Judge's Report and Recommendation that Defendant's request be denied. Pursuant to this ruling, the Court finds that Plaintiffs' Motion (Doc. 61) to Dismiss their claims, with prejudice, is **due to be and hereby GRANTED** and each party is to bear their own costs.

**So ORDERED**, this 13th day of April, 2006.

**CLERK IS ORDERED TO CLOSE THE CASE**.

                                                  s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE